UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW A. DONARUMO | : | No. 3:09-cv-540 (CSH) |
| | : | |
| V. | : | |
| | : | |
| BAY AREA CREDIT SERVICE, LLC | : | August 11, 2009 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF

By: _____
Joanne S. Faulkner (ct04137)

Law Offices of Joanne Faulkner
123 Avon Street
New Haven, CT 06511-2422
Tel. 203-772-0395
Email: faulknerlawoffice@snet.net

His Attorney

THE DEFENDANT

By: _____
Brian E. Tims (ct27962)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: btims@znclaw.com
Juris No. 69695

Its Attorneys